UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

JUL 17 2017 on

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Robert Cavotte

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

County of Champaign/
Champaign Municiple Court -
IN the Circuit Court of the
Sixth Judicial Circuit

**1:17-cv-05279**
**Judge Matthew F. Kennelly**
**Magistrate Judge Sidney I. Schenkier**
**PC 4**

Case No._____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

A.    Name: Robert Cnette

B.    List all aliases: _____

C.    Prisoner identification number: ~~BJ5166~~ BJ166
County Jail ID

D.    Place of present confinement: ~~NRC~~ ~~Stateville~~ ~~Champaign County Jail~~ STAteville NRC

E.    Address: ~~P.O. Box 112 Joliet Ill, 60434~~ 204 E. MaiN urbaNA ILL, 61801

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: County of Champaign/champaign municiple Court

Title: _____

Place of Employment: County of Champaign/champaign Municiple Court

B.    Defendant: the CiRcuiT CouRT OF the Sixth district

Title: _____

Place of Employment: champaign CouNty Court

C.    Defendant: champaign CouNTY

Title: County of champaign

Place of Employment: Champaign CouNty

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: _____

_____

B.    Approximate date of filing lawsuit: _____

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

_____

_____

_____

D.    List all defendants: _____

_____

_____

_____

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F.    Name of judge to whom case was assigned: _____

_____

G.    Basic claim made: _____

_____

_____

H.    Disposition of this case (for example:  Was the case dismissed?  Was it appealed? Is it still pending?): _____

_____

_____

I.    Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

ON MAY 2005 i pleaded Guilty to A class 2 felony Burglary, with a class X Sentence champaign municiple Court Sentence Me to Serve 3years MSR. Which is INcorrect A class 2 felony Recieve Only 2years MSR Please See ILES. i found out this error 6/16/2016 I was released ON MSR 1-15-15 My MSR should end 1-15-17 as of Now My MSR are 11-3-18. this Error Which the Court of Champaign has refused to Correct has caused Me Emotional Stress - Mental Stress - Mental anguish and Pyscologically Pain. I am asking that this Error are corrected. as of NOW My MSR @parole ends 11-3-18 That Means I'm Serving 3yrs and 10 months Parole. the State of illinois Can only mandate No more than 2yrs Parole for A class 2 felony Conviction the 3yrs and 10 months parole I'm Serving Goes beyond the Extent of the Law, this is Cruel and unusual

4

Revised 9/2007

Punishment MSR are based on the class felony And Not the Sentencing therefore I can only Recieve 2yrs MSR Mandatory Supervised Released. I was sentence to 20yrs and 3yrs MSR by Judge Harry clem A class 2 felony carries 2yrs MSR. ICIS Goes by A class felong Not A Sentencing. As of Now I'm Past My MSR discharge date I have served 6 months Past My MSR Discharge Out Date Cruel and unusual Punishment and False imprisonment this has caused Me to lose 2 Jobs as of 6-8-17 I was placed in stateville NRC for A Parole Violation. When I'm Not Supose to be On Parole. this Error of champaign County Municiple Court Mis-Sentencing Me has caused Me great Pain and great lost.

5

Revised 9/2007

**V.  Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am asking for $500,000 for Keeping me on Parole as of now 6 months Past My MSR Discharge Date, cruel and unusual Punishment — Emotional stress — Mental Anguish — Mental stress — Psycologically Pain. I'm Being held IN NRC For A Parole violation when by state law my Parole ended 1-15-17 I'm being Punish Beyond the extent of the law. I lost 2 Jobs, My engagement was Broken I missed Graduation — wedding — Funerals — Stress on My family

**VI.**  The plaintiff demands that the case be tried by a jury.  ☑ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _June_ day of _28_ , 20 _17_

_____
(Signature of plaintiff or plaintiffs)

Robert Cavette
(Print name)

B15166
(I.D. Number) NRC Stateville    ~~NRC Stateville~~
~~NRC Stateville Champaign County Jail~~

~~P.O. Box 112 2011~~  ~~St~~ P.O. Box 112

~~Joliet Ill, 60434~~  ~~Urbana Ill, 61301~~
(Address)
Joliet Ill, 60434

6

Revised 9/2007